IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re DAVID COOPER,   No. C-14-2139 TEH (PR)

      Petitioner.

ORDER OF DISMISSAL

_____/

      By Order dated May 9, 2014, the Court directed Petitioner to complete a habeas corpus petition form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Petitioner the Court's form packet for habeas cases as well as a prisoner's IFP application.

      More than twenty-eight days have passed, and Petitioner has not filed the necessary documents or otherwise communicated with the Court.

      Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

      IT IS SO ORDERED.

DATED   _06/24/2014_   _____
                                      THELTON E. HENDERSON
                                      United States District Judge

G:\PRO-SE\TEH\HC.14\Cooper 14-2139 Dismiss.wpd